■ NEWPORT APARTMENTS CO., Respondent, v GEORGE H. COLLINS et al., Appellants. — Upon an appeal by permission, order of the Appellate Term of the Supreme Court for the Second and Eleventh Judicial Districts, dated March 27, 1981, affirmed, without costs or disbursements, for the reasons stated by the Appellate Term. Rabin, J. P., Margett, O'Connor and Thompson, JJ., concur.